TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-98-00026-CV

State of Texas, Appellant

v.

Abbey's Vacation Resorts, Inc., Appellee

FROM THE DISTRICT COURT OF BLANCO COUNTY, 33RD JUDICIAL DISTRICT

NO. 4539, HONORABLE GUILFORD JONES, JUDGE PRESIDING

PER CURIAM

 Appellant, the State of Texas, has filed a motion requesting that the appeal in this
cause be dismissed in accordance with Texas Rule of Appellate Procedure 42.1(a)(2). 
Accordingly, the motion is granted and the appeal in this cause is hereby dismissed.

Before Justices Powers Kidd and B. A. Smith

Dismissed on Appellant's Motion

Filed: June 18, 1998

Do Not Publish